UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES K. MULLER,　　　　　　　　　　　　　　　CIVIL NO. 10-495 (SRN/JSM)

　　　　　Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　　　　<u>ORDER</u>

WARDEN SCOTT FISHER,
FCI Sandstone,

　　　　　Respondent.

　　　　　The above matter comes before the Court upon the Report and Recommendation [Doc. 22] of United States Magistrate Judge Janie S. Mayeron dated July 18, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.

　　　　　Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

　　　　　IT IS HEREBY ORDERED that petitioner, James K. Muller's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. 1] is DISMISSED WITH PREJUDICE.

　　　　　LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 9. 2011

　　　　　　　　　　　　　　　　　　　　　　<u>s/ Susan Richard Nelson</u>
　　　　　　　　　　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge